**Fred LUNA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27575.**

Court of Criminal Appeals of Texas.

April 27, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Aggravated assault is the offense; the punishment, a fine of $250.

The record before us contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.